**James R. PIPES, Plaintiff–Appellant**

v.

**UNITED PARCEL SERVICE, INC.; International Brotherhood of Teamsters, Defendants–Appellees.**

No. 09–30584.

United States Court of Appeals,
Fifth Circuit.

March 2, 2010.

J. Arthur Smith, III, Smith Law Firm, Baton Rouge, LA, for Plaintiff-Appellant.

Dennis M. McClelland, Phelps Dunbar, L.L.P., Tampa, FL, Susan W. Furr, Michelle Flowers Plauche, Phelps Dunbar, L.L.P., Baton Rouge, LA, G. William Baab, Baab & Denison, Dallas, TX, Louis L. Robein, Jr., Robein, Urann, Spencer Picard & Cangemi, Metairie, LA, for Defendants–Appellees.

Before KING, JOLLY and STEWART, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED for essentially the reasons

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

set forth in the district court's Ruling entered June 16, 2009, 2009 WL 1684689.

AFFIRMED.